

# MEMORANDUM

**To:** The Honorable George A. O'Toole, Jr.

Senior U.S. District Judge

**From:** Christopher Foster, Senior U.S. Probation Officer

**Re:** RAMOS, Steven

Dkt. #: 15-CR-10241

**<u>Request for Travel to Portugal</u>**

**Date:** 7/10/18

On March 16, 2007, Steven Ramos appeared before The Honorable George Z. Singal, U.S District Judge for the District of Maine and was charged with Conspiracy to Possess with Intent to Distribute More than 500 Grams of Cocaine, in violation of Title 21 U.S.C. § § § 846, 841(a)(1), 841(b)(1)(B), and Possession with Intent to Distribute and Distribution of More than 500 Grams of Cocaine, in violation of Title 21 U.S.C § § 841(a)(1), 841(b)(1)(B). He was sentenced to 78 months of custody, followed by 4 years of supervised release.

Mr. Ramos has resided in Massachusetts since his release from custody on February 6, 2015, and jurisdiction has been transferred from the District of Maine to the District of Massachusetts. Mr. Ramos has been compliant with the conditions of his supervision and has maintained employment with InTerra Innovation in North Reading, MA since July of 2015.

Mr. Ramos has requested to travel to Portugal from 8/4/18 to 8/23/18. Mr. Ramos would be traveling with his mother and daughters. Mr. Ramos will be staying with his family in Graciosa Azores in Portugal.

As the Court may recall, Your Honor previously approved Mr. Ramos' prior requests for travel to Portugal in 2016, as well as in 2017.

While the Consulate of Portugal stated that they did not feel that they need to provide written permission for a Portugese citizen to travel to Portugal, the Consulate of Portugal did provide verbal permission to this writer indicating that there was no opposition to Mr. Ramos to traveling to Portugal .

Given the approval from the Consulate of Portugal, should Your Honor concur, the Probation Office is not opposed to Mr. Ramos taking this trip, or any future proposed travel to Portugal, with the review and approval of the Probation Office.

Reviewed and approved by:

/s/Andrew J. Laudate
Andrew J. Laudate
Supervising U.S. Probation Officer

**The Court Orders**

[ ]     Defendant's travel request to Portugal is APPROVED

[X]     Defendant's travel request is APPROVED and future travel to Portugal is allowed with the approval of the Probation Office.

[ ]     Defendant's travel to Portugal is DENIED

[ ]     Other _____

The Honorable George A. O'Toole, Jr.
Sr. U.S. District Judge

Date: _____7/12/18_____